UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| CARLISCRIL LESTER JOHNSON, | ) | No. CV 09-5600 DDP (CW) |
| | ) | |
| Plaintiff, | ) | JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, et al., | ) ) | |
| | ) | |
| Respondents. | ) | |

**IT IS ADJUDGED** that the petition is dismissed without prejudice.

DATED: October 8, 2009

_____
DEAN D. PREGERSON
United States District Judge